■ JOAN A. BARRETT, Plaintiff, v JOHN C. SETRIGHT et al., Appellants and Third-Party Plaintiffs-Appellants. SIDNEY P. COMINSKI et al., Third-Party Defendants-Respondents. (Appeal No. 2.) [598 NYS2d 1019] —Order unanimously affirmed with costs. Same Memorandum as in *Barrett v Setright* (193 AD2d 1094 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Reagan, J.—Summary Judgment.) Present —Callahan, J. P., Fallon, Doerr and Boehm, JJ.